**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6564**

———————————

RICKY LEE JONES,

Plaintiff - Appellant,

versus

W. C. DEGROOT, Detective, Fairfax Fugitive
Squad,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-96-381-AM)

———————————

Submitted: September 20, 1996    Decided: October 1, 1996

———————————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ricky Lee Jones, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint as frivolous under 28 U.S.C. § 1915(d) (1994). We have reviewed the record and the district court's opinion and find no reversible error. The Virginia statutory procedures for transferring prisoners into the custody of other jurisdictions for trial do not establish a Fourteenth Amendment liberty interest. Stewart v. Bailey, 7 F.3d 384, 393 (4th Cir. 1993). Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2